# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>HARLEY MATTHEW ISIS MCMILLAN,<br><br>                  Defendant. | CR  19-50-BLG-SPW<br><br><br>**ORDER CONTINUING ARRAIGNMENT** |

Defendant has filed an unopposed motion requesting the arraignment be continued.  (Doc. 6.)  Good cause appearing, IT IS HEREBY ORDERED that the arraignment currently set for March 9, 2019 at 9:00 a.m. shall be vacated and rescheduled for **May 16, 2019, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 8th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge