IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 05 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARLEY MATTHEW ISIS MCMILLAN<br><br>Defendant. | CR 19-50-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing set for Friday, December 6, 2019 at 3:30 p.m. is **VACATED** and **RESET** to commence on **Tuesday, December 17, 2019 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between December 2, 2019 and December 17, 2019 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 5th day of December, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1