# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION



DEC 17 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-50-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER** |
| HARLEY MATTHEW ISIS MCMILLAN, | |
| Defendant. | |

For the reasons stated on the record on December 17, 2019,

IT IS HEREBY ORDERED that the change of plea hearing in this matter, set for Tuesday, December 17, 2019 at 10:30 a.m. is **VACATED** and **RESET** for **Monday, January 6, 2020 at 2:30 p.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ⟨17⟩th day of December, 2019.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1